# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**INJURY TREATMENT CENTER OF CORAL SPRINGS, INC.,**
a/a/o **ALEC ADLER,**
Appellant,

v.

**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-761

[November 4, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Stephen J. Zaccor, Judge; L.T. Case No. COCE 15-005569.

Robert A. Trilling, Boca Raton, for appellant.

Rebecca Delaney, Scott W. Dutton and Christina R. Miller of Dutton Law Group, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***